IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 23-cv-02077-PAB-MDB

KEITH DORMAN SMITH,

   Plaintiff,

v.

LABORATORY CORPORATION OF AMERICA HOLDINGS a/k/a LABCORP, and
KARL-HANS WURZINGER, PH.D.,

   Defendants.

---

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the Court on the Recommendation of United States Magistrate Judge [Docket No. 172].  The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. Docket No. 172 at 5-6; *see also* 28 U.S.C. § 636(b)(1)(C).  The Recommendation was served on July 23, 2026.  No party has objected to the Recommendation and the mailed copy of the Recommendation has not been returned as undeliverable.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate.  *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").  In this matter, the Court has reviewed the Recommendation

to satisfy itself that there is "no clear error on the face of the record."[1]  Fed. R. Civ. P.

72(b), Advisory Committee Notes.  Based on this review, the Court has concluded that

the Recommendation is a correct application of the facts and the law.  Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge [Docket

No. 172] is **ACCEPTED**.  It is further

ORDERED that Defendants' Motion to Unconditionally Tender Payment [Docket

No. 165] is **GRANTED**.  It is further

ORDERED that Defendants' Request for Entry of Judgment of Dismissal [Docket

No. 167] is **GRANTED**.  It is further

ORDERED that defendants shall deposit funds in the amount of $888.52 into the

court registry.  It is further

ORDERED that defendants shall file a status report within **one week** of

depositing the funds.

DATED August 13, 2026.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous" or "contrary
to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo
review.  Fed. R. Civ. P. 72(b).